# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| OJ COMMERCE, LLC, a Delaware limited liability company, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| 562 EXPRESS, INC., a California corporation, | ) ) ) ) |
| Defendant. | ) |

No. 2:23-cv-02226-TLP-atc

JURY DEMAND

## JUDGMENT

**JUDGMENT BY THE COURT**. This action came before the Court on OJ Commerce's Complaint, filed on January 8, 2023. (ECF No. 1.) The Court consolidated this case with a related case, *HYC v. OJ Commerce*, 2:23-cv-02050-TLP-tmp, and held a trial on the consolidated action. (*See HYC*, ECF Nos. 32, 289, 294–97.) During trial, OJ Commerce voluntarily dismissed some claims against 562 Express, Inc. with prejudice. (ECF No. 340 at PageID 5411–13.) The Court then granted the motion of 562 Express, Inc. for a directed verdict as to other claims. (*See id.* at PageID 5632–47; ECF No. 341 at PageID 5678–79.) The Court sent OJ Commerce's remaining claims against 562 Express, Inc. to the jury. (ECF Nos. 299, 302.) The jury returned a verdict in favor of 562 Express, Inc. as to all remaining counts.

In accordance with the Court's oral ruling on the Motion for Directed Verdict (*see* ECF Nos. 340–41) and with the Jury Verdict (ECF No. 302),

**IT IS ORDERED, ADJUDGED, AND DECREED** that Judgment enters in favor of 562 Express, Inc. on all claims against it.

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

July 10, 2025
Date