AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

**WESTERN** DISTRICT OF **TENNESSEE**

HYC LOGISTICS, INC

## EXHIBIT AND WITNESS LIST

V.

O J COMMERCE, LLC

Case Number: 2:23cv2050-TLP
2:23cv2226-TLP

| PRESIDING JUDGE<br>Thomas L. Parker | PLAINTIFF'S ATTORNEY<br>A. Greer, Y. Horowitz, S. Joshua Kahane | DEFENDANT'S ATTORNEY<br>N. Bicks, L. Laurenzi, L. Mathew Jehl, S. Hecht |
|---|---|---|
| TRIAL DATE (S)<br>12/16/2024 | COURT REPORTER<br>Catherine Phillips | COURTROOM DEPUTY<br>Sandra McClain |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| x | | 12/16/2024 | | | **Itamar Aronov** |
| 1 | | 12/16/2024 | x | x | Photo: China Shipping Container (ID ONLY) |
| 2 | | 12/16/2024 | x | x | Photo: Flow Chart of Shipping (ID ONLY) |
| 3 | | 12/16/2024 | x | x | NCBFAA Terms & Conditions of Service |
| 4 | | 12/16/2024 | x | x | Email exchange dated August 1, 2022 |
| 5 | | 12/16/2024 | x | x | Email exchange dated August 24, 2022 |
| 6 | | 12/16/2024 | x | x | Sample Invoice (ID ONLY) |
| 7 | | 12/16/2024 | x | x | Photo of Truck (ID ONLY) |
| 8 | | 12/16/2024 | x | x | HYC Logistics - 311 Invoices (Collective) |
| | | 12/17/2024 | | | **  DAY 2 - CONTINUED WITH PLAINTIFF'S PROOF  ** |
| x | | 12/17/2024 | | | **Itamar Aronov, resumed the stand** |
| | 9 | 12/17/2024 | x | x | De Well Container Shipping Inc, - Sea FCL Delivery Order |
| | 10 | 12/17/2024 | x | x | Email Chain dated September 23, 2022 |
| | 11 | 12/17/2024 | x | x | Email Chain dated November 2, 2022 |
| | 12 | 12/17/2024 | x | x | Email Chain dated November 18, 2022 |
| | 13 | 12/17/2024 | x | x | Email Chain dated December 5, 2022 |
| | 14 | 12/17/2024 | x | x | Email Chain dated December 6, 2022 |
| | 15 | 12/17/2024 | x | x | Email Chain dated December 19 2022 |
| | 16 | 12/17/2024 | x | x | Email Chain dated December 12, 2022 |
| | 17 | 12/17/2024 | x | x | Email Chain dated December 12, 2022 |
| | 18 | 12/17/2024 | x | x | Email Chain dated December 14, 2022 |
| x | | 12/17/2024 | | | **Uri Silver** |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __3__ Pages

✎AO 187A (Rev. 7/87) **EXHIBIT AND WITNESS LIST – CONTINUATION**

| HYC LOGISTICS, INC | | | vs. | | O J COMMERCE, LLC | CASE NO. 2:23cv2050-TLP & 2:23cv2226-TLP |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| 19 | | 12/17/2024 | x | x | Letter from Sam Hecht dated December 15, 2022 | |
| | 8A | 12/17/2024 | x | x | Invoices with Bobtails   (Collective) | |
| | 8B | 12/17/2024 | x | x | Invoices with Per Diem (Collective) | |
| 20 | | 12/17/2024 | x | x | Letter from Glanker Brown dated December 28, 2022 | |
| 21 | | 12/17/2024 | X | X | Email dated December 19, 2022 | |
| 22 | | 12/17/2024 | x | x | Email dated December 11, 2022 from Aslam Mohamed | |
| 23 | | 12/17/2024 | x | x | August 2022 through December 2022 Invoice of Total Amounts Due   (ID ONLY) | |
| | 24 | 12/17/2024 | x | x | Email dated January 3, 2023 from Itamar Aronoov | |
| | 25 | 12/17/2024 | x | x | 562 Express Invoices | |
| | 26 | 12/17/2024 | x | x | Email Chain dated November 9, 2022 | |
| | 27 | 12/17/2024 | x | x | Email Chain dated November 10, 2022 | |
| | 28 | 12/17/2024 | x | x | Email Chain dated November 10, 2022 | |
| | 29 | 12/17/2024 | x | x | Email Chain dated November 10, 2022 | |
| | 30 | 12/17/2024 | x | x | Collective Compilation of Emails | |
| | 31 | 12/17/2024 | x | x | Verified Complaint (ID Only) | |
| | 32 | 12/17/2024 | x | x | Declaration of Uri Silver (ID Only) | |
| | 33 | 12/17/2024 | x | x | Print Out of Messages | |
| | 34 | 12/17/2024 | x | x | Certification of APM Terminals Pacific LLC Certifying Records | |
| | | 12/18/2024 | | | **  DAY 3 - CONTINUED WITH PLAINTIFF'S PROOF  ** | |
| x | | 12/18/2024 | | | **Jacob Weiss** | |
| 35 | | 12/18/2024 | x | x | De Well Container Shipping Inc, Delivery Orders Collective | |
| 36 | | 12/18/2024 | x | x | Proof of Email Transmission - 2 Pages   (ID Only) | |
| 37 | | 12/18/2024 | x | x | Letter to Frank Castle | |
| | 38 | 12/18/2024 | x | x | Chart re: Container Information | |
| | 39 | 12/18/2024 | x | x | Email from Michael Jackson dated October 5, 2022 | |
| | 40 | 12/18/2024 | x | x | Email from Jacob Weiss dated August 15, 2022 | |
| | 41 | 12/18/2024 | x | x | Email dated August 18, 2022 | |

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| HYC LOGISTICS, INC | | vs. | | | O J COMMERCE, LLC | CASE NO. 2:23cv2050-TLP  &  2:23cv2226-TLP |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| | | 12/19/2024 | | | **  DAY 4 - CONTINUED WITH PLAINTIFF'S PROOF  ** | |
| x | | 12/19/2024 | | | **Jacob Weiss resumed the stand** | |
| | 42 | 12/19/2024 | x | x | Email to HYC Logistics dated November 2, 2022 | |
| | 43 | 12/19/2024 | x | x | Copies of Emails (Collective) | |
| | 44 | 12/19/2024 | x | x | Billing Chart (ID Only) | |
| | 45 | 12/19/2024 | x | x | Summary of Invoices | |
| 46 | | 12/19/2024 | x | x | Email from Eli Schecter dated December 15, 2024 | |
| | 44 | 12/19/2024 | x | x | Summary of Invoices | |
| | 47 | 12/19/2024 | x | x | Email | |
| x | | 12/19/2024 | | | **Uri Silver, recalled** | |
| 48 | | 12/19/2024 | x | x | Stipulations | |
| | | | | | *s/Ross Herrin*  D.C.   *December 20, 2024* | |